1839.

STEVENSON
v.
STEVENSON.

---

### STEVENSON v. STEVENSON and others.

A party cannot change his solicitor without an order of the court.

The court will not make the payment of the solicitor's costs a condition of the substitution, but will leave him to his remedy at law against the client and preserve to him any lien he may have on papers or a fund in court.

---

*Sept.* 24,
1839.

*Practice.*
*Solicitor*
*and client.*
*Substitu-*
*tion of soli-*
*citor.*

MOTION to substitute a solicitor for a defendant. The old solicitor was willing to have any person appointed in his place on having his costs paid.

Mr. *Silliman*, for the motion.

Mr. *Sears*, contra.

THE VICE-CHANCELLOR :—A party to a suit cannot change his solicitor without an order of the court : *Mumford* v. *Murray*, Hopk. 369 ; but it is no objection to the making of such an order that the first solicitor's costs are not paid. If he has a lien upon papers or any thing in his hands for his costs, the court will not deprive him of the lien, nor will the court, on the other hand, make it a condition of the order that the costs of the solicitor be first paid : *Twort* v. *Dayrell*, 13 Ves. 195.

Where there is nothing upon which he has a lien, he must be left to the personal responsibility of the client and to his remedy by action.

The order, in this case, must be made for the substitution.